No. 1633, Misc. MOSDEN v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 1644, Misc. SCHACK v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 1645, Misc. RUIZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1650, Misc. SEARFOSS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1651, Misc. FURTAK v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1660, Misc. WELSH v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1661, Misc. NELSON v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1663, Misc. CARBRAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 1688, Misc. WINEGAR v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 852, Misc. KOLOMYSKI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. *Solicitor General Griswold* for the United States.